____ FILED   ___ ENTERED
____ LOGGED  _____ RECEIVED

11:31 am, Feb 09 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael J. Toste, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

1. I am a Criminal Investigator and Law Enforcement Officer of the United States who is empowered by federal law to conduct investigations and make arrests for offenses enumerated in Titles 8, 18, 19, and 21, United States Code (U.S.C.). I am a Special Agent with United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently assigned to the Resident Agent-in-Charge located in Frederick, Maryland.  I have been a Special Agent (SA) for HSI since June 2021.  During this time frame, I have conducted human trafficking, money laundering, and cybercrime and child exploitation related investigations.

2. I have attended and completed the Criminal Investigator Training Program through the Federal Law Enforcement Training Center and the ICE Special Agent Training. Prior to becoming a special agent, from 2013 to 2020, I was a deputy sheriff for the Frederick County Sheriff's Office (FCSO) in Maryland.  During this time, I conducted numerous complex investigations regarding, but not limited to, murder, sex offenses, property related offenses, and child exploitation related crimes.  From 2016 through 2018, I was assigned as an investigator in the Property Crimes and Persons Crimes Units.  In 2018 I became a task force officer (TFO) with Homeland Security Investigations and assisted in starting the FCSO Internet Crimes Against Children Unit (ICAC).  I was promoted to the rank of Corporal in 2019 and was tasked with the additional responsibilities of daily operations of the ICAC Unit. Also in 2019, I assisted with the creation of the Frederick County Cybercrime Task Force (FCCTF), a task force made up of federal, state, and local agencies with the goal of

1

investigating cyber-related crimes within Frederick County, MD. In addition, I have received training in the areas of child sexual abuse material (CSAM) and child exploitation and have had the opportunity to observe and review numerous examples of CSAM (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a search warrant.

3. At all times throughout this affidavit I use the term "child pornography" merely as shorthand to refer to visual depictions of actual minors engaged in sexually explicit conduct. I use the terms "visual depiction," "minor," and "sexually explicit conduct" as those terms are defined in 18 U.S.C. § 2256.

## PURPOSE OF THIS AFFIDAVIT

4. I am submitting this affidavit in support of a Criminal Complaint and arrest warrant for **Leif Derek TRUITT** for violations of 18 U.S.C. § 2251(a) (Production of Child Pornography) and 18 U.S.C. § 2423 (Travel In Interstate Commerce For The Purpose Of Engaging In Illicit Sexual Conduct) for the period of July 2021 to January 2022.

5. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, including foreign law enforcement agencies, information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a special agent. Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning

this investigation. I have set forth only the facts that I believe are necessary to establish that **TRUITT** has committed criminal acts in violation of 18 U.S.C. §§ 2251(a), 2423.

## PROBABLE CAUSE
### Initial Report to Law Enforcement

6. In January 2022, the Frederick County Sheriff's Office (FCSO) requested the assistance of Homeland Security Investigations (HSI) Resident Agent-in-Charge (RAC) Frederick with an investigation regarding Leif Derek TRUITT (TRUITT). Investigation revealed that TRUITT traveled from Texas to Maryland for the purpose of having sexual contact with a minor victim. The investigation further revealed that TRUITT produced child sexual abuse material (CSAM) of the minor victim.

7. On January 14, 2022, Deputy First Class (DFC) Jason Ahalt took a report from TRUITT where TRUITT was reporting that S.T. (V-1), a 13-year-old female, was being sexually abused by her stepfather at her residence in Emmitsburg, Frederick County, Maryland. TRUITT provided the following additional information to DFC Ahalt during the initial report. While in Washington, D.C. on business, TRUITT has traveled to Emmitsburg, MD to meet with V-1. TRUITT further stated that he travels throughout the United States and meets with younger people but did not provide an age. TRUITT reported to DFC Ahalt that he routinely drives 6-12 hours to meet up with friends that he has made.

8. FCSO contacted Child Protective Services (CPS) and V-1's family and scheduled a forensic interview of V-1 at the Frederick County Child Advocacy Center (CAC).

9. FCSO Detective Joseph Rowe was assigned to investigate further and Det. Rowe contacted me to assist based upon the probable multi-jurisdictional nature of the investigation. On January 25, 2022, I met Det. Rowe at the Frederick County CAC for the forensic interview of

V-1. The following is a summary of allegations made by V-1 against TRUITT during that interview.

### Forensic Interview of V-1

10. In July 2021, V-1 met TRUITT through a mobile application, Wink. According to Wink's website, Wink is "Designed as a companion to social relationships, Wink has in mind people who interact in the real: participation is only possible when people are physically present in the same location." Upon first meeting on Wink, TRUITT described himself as a 16-year-old male who resided in Texas. During the internet relationship, TRUITT would later reveal to V-1 that he was 21-years old and ultimately revealed his true age of 40-years-old to V-1 once he met her in person.

11. On approximately July 15, 2021, TRUITT told V-1 that he had moved to Washington, D.C. and asked to meet with V-1. V-1 provided TRUITT with her home address and TRUITT met V-1 at the residence. Once inside the residence, TRUITT began to touch V-1's body and V-1 told TRUITT to stop, but he continued. TRUITT took V-1's pants off, and anally raped V-1 by forcing his penis inside of her anus on the couch of her residence. Following the sexual abuse, TRUITT spread the butt cheeks of V-1 and took a picture of V-1's anus using his cellular phone.

12. V-1 further described that thereafter TRUITT had been inside the residence on numerous instances where he had performed additional sexual acts on V-1 to include penetrating V-1's anus with his penis, cunnilingus, and having V-1 perform fellatio on him.

13. In addition to the instances in which TRUITT was inside of V-1's residence, TRUITT would also have V-1 sneak out of her house at night on occasion to meet him. When V-1 snuck out of her house, TRUITT would require her to leave her cellular phone at the house; V-1 was not allowed to bring her phone when meeting with TRUITT. TRUITT would pick V-1

4

up at her residence in his black vehicle with dark tinted windows and drive her to the Super 8 Motel located at 300 Tippin Drive, Thurmont, Frederick County, MD 21788 where he had rented a room.[1]

14. TRUITT would perform sex acts on V-1 in the parking lot of the hotel and then require her to wear a hooded sweatshirt and a mask while he escorted her into the establishment. Once in the motel room, TRUITT would perform additional sex acts on V-1 to include, but not limited to, penetrating V-1's anus with his penis. After several hours, TRUITT would then drive V-1 back to her residence. In exchange for the sex acts and ongoing relationship with V-1, TRUITT would provide her with a Rick and Morty vape pen and offered to, but never followed through on, give V-1 a Louis Vuitton bag.

15. Regarding communication between V-1 and TRUITT, V-1 told the forensic interviewer that she blocked him on all her social media accounts and on text message. V-1 and TRUITT would communicate via text message, phone calls, FaceTime, Snapchat, and Instagram. V-1 also told the forensic interviewer that she took videos of TRUITT inside of her residence so that she would have proof when she was someday ready to tell law enforcement about the abuse.

16. During the communication and contact between TRUITT and V-1, TRUITT told V-1 that he would kill her mother. TRUITT also told V-1 that he was "dating" a 12-year-old minor, but V-1 did not know anything else about the possible other victim.

### Forensic Analysis of V-1's Cellular Phone

17. V-1's mother provided Det. Rowe V-1's cellular phone along with consent to perform forensic analysis of the device. During their review of the device, investigators

---

[1] Investigators received documents from Super 8 Motel regarding TRUITT which showed that TRUITT checked into the motel on August 1, 2021, listing the room as having two occupants and checked out on August 3, 2021. Records show that TRUITT checked back into the motel on August 3, 2021, listing the room as having one occupant and checked out on August 4, 2021.

5

identified a screen capture of a text message sent from V-1 to TRUITT prior to law enforcement investigation where V-1 is acknowledging that she and TRUITT had sexual contact.

18. Investigators found several additional media files of interest regarding the sexual abuse of V-1 and the production and possession of CSAM depicting V-1 engaged in sexually explicit conduct. The following are several additional files of interest.

- FILE NAME: IMG_7793.mp4

    CREATION DATE: October 2, 2021, at 16:08:47 hours

    DESCRIPTION: This file is a color video taken by V-1 using V-1's cellular phone that shows TRUITT sitting next to V-1.

- FILE NAME: IMG_9225.mp4

    CREATION DATE: October 8, 2021, at 15:29:16 hours

    DESCRIPTION: This file is a color video that is 1 minute and 23 seconds in duration. The video is a screen recording taken using V-1's cellular phone showing a Face Time video chat with TRUITT.[2] While speaking with TRUITT, V-1 turns around, removes her panties, bends over so, and uses her hands to spread her butt cheeks so that her anus and vagina are exposed to the camera. TRUITT is seen apparently adjusting his grip on his phone as his phone comes closer to his face and, at 34 seconds into the video, you see a flash light up TRUITT's face indicating that TRUITT took a screenshot on his cellular device. Several times during the video, V-1 begins to turn around, and then turn back and bend over again as if being directed by TRUITT.

- FILE NAME: IMG_2971.mp4

---

[2] I am familiar with TRUITT's physical appearance, as I have seen the photo of him on his Texas driver's license, as well as photos of him on his publicly-available social media pages.

CREATION DATE: November 2, 2021, at 23:11:56 hours

DESCRIPTION: This file is a color video taken by V-1 using V-1's cellular phone that shows TRUITT in the living room of V-1's residence. TRUITT is only partially clothed, with his torso exposed, and puts his shirt on and then a jacket.

- FILE NAME: IMG_2504.png

    CREATION DATE: January 10, 2021, at 21:57:42 hours

    DESCRIPTION: This file is a color image that is a screenshot taken using V-1's cellular phone that displays several images in V-1's "my eyes only" section of Snapchat.[3] One of the images shows V-1 from behind and bent over, using both of her hands to spread her butt cheeks, exposing her anus and vagina with what appears to be blood coming from her vagina. A second image shows V-1 from behind and bent over, using both of her hands to spread her butt cheeks, exposing her anus and vagina with a white male's hand also in the frame assisting in spreading V-1's butt cheeks. A third image shows V-1 from behind and bent over, using both of her hands to spread her butt cheeks, exposing her anus and vagina with an erect male's penis directly behind her and in the frame.

### Identification of SUBJECT Leif Derek TRUITT

19. Through forensic analysis of V-1's cellular phone, investigators identified the cellular phone number that TRUITT was using to communicate with V-1 as (512) 676-7314. Det. Rowe contacted Verizon for subscriber information for the phone number and found the subscriber to be listed as Leif Derek TRUITT with a listed residence in Austin, Texas. A search

---

[3] Based on my knowledge, training, and experience, I know that the "my eyes only" section of Snapchat is an encrypted folder within the Snapchat application on a user's mobile device. The contents of the folder are only accessible after the user enters a password to decrypt the folder.

of law enforcement databases identified TRUITT as Leif Derek TRUITT having date of birth 10/16/1981.

### Identification of Cellular Phone

20. In addition to subscriber information identifying TRUITT, Verizon provided additional information that further identified the device as an Apple iPhone 12 Pro with IMEI: 350522075150457.

21. Furthermore, during the forensic interview of V-1, V-1 described TRUITT's cellular phone as an Apple iPhone and having a Louis Vuitton case. I reviewed the forensic analysis of V-1's cellular phone and found screen captures of several video chats between V-1 and TRUITT that occurred via FaceTime, an Apple mobile application. I also reviewed TRUITT's Instagram account, @destroyedthefbi, and found posts as recent as January 26, 2022, where TRUITT is seen taking selfie pictures. In these images, TRUITT is seen holding an Apple iPhone contained in what appears to a Louis Vuitton case, based on the appearance of the case, which bore a pattern consistent with that of Louis Vuitton products.

22. Based on my training and experience, I know that cell phones like the Apple iPhone 12 Pro with IMEI: 350522075150457 function as small computers and maintain records of user activity, including websites the user has visited, messages the user has sent, and contacts the user has made, including records of past communications. I further know that nearly everyone has a cell phone, which they take with them nearly everywhere they go.

### Identification of TRUITT's Residence and W.D. Texas Search Warrants

23. On January 14, 2022, TRUITT contacted the FCSO to make a report, as referenced above. While making the report, TRUITT told law enforcement that he currently resides at 8225 North FM 620, Apartment 735, Austin, Texas, 78726. On January 28, 2022, the Honorable A. David Copperthite authorized a search and seizure warrant for prospective location

information (including GPS) for Truitt's cell phone assigned call number 512-676-7314 and bearing IMEI: 350522075150457— the Apple iPhone 12 Pro with IMEI: 350522075150457. That same day, I served the warrant to Verizon.

24. After receiving records from Verizon showing that the Apple iPhone 12 Pro was located in Austin, Texas, I submitted a collateral request for assistance to HSI Assistant Special Agent-in-Charge (ASAC) Austin, Texas. On January 31, 2022, special agents from ASAC Austin were doing surveillance of 8225 North FM 620, Apartment 735, Austin, Texas, 78726 when they saw TRUITT at 8225 North FM 620, Austin, Texas, 78726 coming from the area of apartment 735. Agents surveilled TRUITT in his black 2014 Toyota Tundra[4] until he arrived back at 8225 North FM 620, Austin, Texas, 78726.

25. On February 3, 2022, the Honorable Mark Lane, United States Magistrate Judge for the Western District of Texas authorized warrants for the search of **TRUITT**'s residence (8225 North FM 620, Apt. 735 Austin, Texas, 78726), his person, his Apple iPhone 12 Pro with IMEI: 350522075150457, and the 2014 Black Toyota Tundra.

26. Due to weather in Texas, the warrants were not executed.

## Arrest of TRUITT in Kansas

27. Based on my review of location records from Verizon, I observed that on the evening of February 6, 2022, **TRUITT's** Apple iPhone 12 Pro with IMEI: 350522075150457 was showing GPS pings consistent with travel out of Texas and ultimately into Kansas.

28. At approximately 11:00 AM on Monday, February 7, 2022, **TRUITT**, who was driving the 2014 Black Toyota Tundra, was arrested on a fugitive warrant in Johnson County,

---

[4] I reviewed motor vehicle records that show the owner of the black 2014 Toyota Tundra as Zayda Pittman Truitt of 3501 Shoreline Drive, #333, Austin, TX, 78728, believed to be TRUITT's mother.

9

Kansas. That fugitive warrant was a result of existing state charges of second degree rape in Frederick County, Maryland, which arose out of **TRUITT's** interaction with V-1.

29. Law enforcement seized **TRUITT's** Apple iPhone 12 Pro with IMEI: 350522075150457 upon his arrest.

30. During a post-*Miranda* interview, **TRUITT** told investigators, among other things, that he knew V-1, that he began communicating with V-1 online, that he traveled to Maryland to see V-1, that he had previously been with V-1 at her house in Maryland, as well at local hotel in Maryland. He further stated, in substance, that he had not deleted anything from his phone.

## CONCLUSION

31. Based on the foregoing, I respectfully submit that there is probable cause to believe that **TRUITT** has violated 18 U.S.C. § 2251(a) (Production of Child Pornography) and 18 U.S.C. § 2423 (Travel In Interstate Commerce For The Purpose Of Engaging In Illicit Sexual Conduct), Title 18, United States Code, 2251(a) (Production of Child Pornography) in the District of Maryland. Accordingly, I respectfully request that the Court authorize a Criminal Complaint and Arrest Warrant for **Leif Derek TRUITT**.

*Michael J. Toste*
Special Agent Michael Toste
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. and 41(d)(3) on this __8th__ day of February 2022.

*Beth P. Gesner*
HONORABLE BETH P. GESNER
CHIEF UNITED STATES MAGISTRATE JUDGE